THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE MAN-
HATTAN SILK COMPANY, Appellant, *v.* NATHAN L. MILLER,
as Comptroller of the State of New York, Respondent.

*People ex rel. Manhattan Silk Co.* v. *Miller*, 125 App. Div. 296, affirmed.
(Submitted January 3, 1910; decided January 18, 1910.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
April 4, 1908, which affirmed a determination of the defend-
ant fixing the amount of a franchise tax against the relator.

*Charles K. Allen, Joseph P. Coughlin* and *Alfred A.
Cook* for appellant.

*Edward R. O'Malloy, Attorney-General* (*Franklin Ken-
nedy* of counsel), for respondent.

Order affirmed, with costs ; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, VANN,
WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.